E-FILED
Friday, 10 September, 2004   03:46:07 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF ISSUANCE OF MANDATE**

**FILED**

**SEP 10 2004**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

DATE:  February 10, 2004

TO:  John M. Waters
United States District Court
Central District of Illinois
Suite 218
201 S. Vine Street
U.S. Courthouse
Urbana, IL  61802-3369

FROM:  Gino J. Agnello, Clerk

RE:  03-3994
Cunningham, Michael v. USA
03 C 2170, Michael P. McCuskey, Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

The record that was filed with this court in this cause will be returned at a later date.

Copies of this notice sent to:        Counsel of record

[ ]    United States Marshal

[ ]    United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: 9/10/04          s/V. Ball
(1203-052495)          Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**CERTIFIED COPY**

DISMISSAL PER CIRCUIT RULE 3(c)

Date: February 10, 2004

By the Court:

No. 03-3994

MICHAEL A. CUNNINGHAM,
    Petitioner - Appellant

v.

UNITED STATES OF AMERICA,
    Respondent - Appellee

Appeal from the United States District Court for the
Central District of Illinois
No. 03 C 2170, Michael P. McCuskey, Judge

    Pursuant to Circuit Rule 3(c), a Docketing Statement **must** be filed within seven days of the filing of the notice of appeal. The appellant failed to do so. The court issued a show cause order directing that the appellant file a Docketing Statement within fourteen days of the date of the order or face a fine and/or dismissal of the appeal. To date the appellant has not filed the required Docketing Statement.

    IT IS ORDERED that this appeal is **DISMISSED** for failure to comply with Circuit Rule 3(c).

(1038-053195)

A True Copy:
Teste:

the United States
Appeals for the
rcuit.

TOTAL P.03